IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LESLEY M. HARRISON | § | |
| | § | |
| v. | § | Case No. 2:14-CV-707-JRG-RSP |
| | § | |
| COVIDIEN, LP | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Currently before the Court is the Report and Recommendation filed by Magistrate Judge Payne on March 10, 2015 (Dkt. No. 25) regarding Covidien, LP's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 8 & 12 (Dkt. No. 6, "Motion to Dismiss"). No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is adopted. Accordingly,

IT IS **ORDERED** that Covidien, LP's Motion to Dismiss is **DENIED**.

**So ORDERED and SIGNED this 29th day of March, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE